1 | McGREGOR W. SCOTT
United States Attorney

2 | JUSTIN L. LEE
OWEN ROTH

3 | Assistant United States Attorneys
501 I Street, Suite 10-100

4 | Sacramento, CA 95814
Telephone: (916) 554-2700

5 | Facsimile: (916) 554-2900

6 |

7 | Attorneys for Plaintiff
United States of America

**FILED**

**JAN 11 2018**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**SEALED**

8 |

9 | IN THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,

12 |                              Plaintiff,

13 |                     v.

14 | VICTOR MAGANA,
RAUL BARAJAS,

15 | ISRAEL COVARRUBIAS,
MILTON ESCOBEDO,

16 | JOSE MADRIGAL-VEGA, and
TREVOR WHITE

17 |                              Defendants.

CASE NO. 2:18-CR-0009 TLN

21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances; 21 U.S.C. § 841(a)(1) –Distribution of Methamphetamine; 21 U.S.C. § 841(a)(1) – Distribution of Cocaine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute of Methamphetamine; 21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug Trafficking Offense; 21 U.S.C. § 853(a) – Criminal Forfeiture

18 |

19 | I N D I C T M E N T

20 | COUNT ONE: [21 U.S.C. §§ 841(a)(1), 846 – Conspiracy to Possess with the Intent to Distribute and to Distribute Controlled Substances]

21 |

22 | The Grand Jury charges: T H A T

23 | VICTOR MAGANA,
RAUL BARAJAS,

24 | ISRAEL COVARRUBIAS,
MILTON ESCOBEDO,

25 | JOSE MADRIGAL-VEGA, and
TREVOR WHITE,

26 |

27 | defendants herein, beginning on a date unknown to the Grand Jury but no later than March 7, 2017, and

28 | continuing through a date unknown to the Grand Jury but no earlier than July 26, 2017, in the Counties

INDICTMENT

1

1 | of Yolo and Sacramento, State and Eastern District of California, and elsewhere, did knowingly and

2 | intentionally conspire and agree with each other and with persons known and unknown to the Grand

3 | Jury to possess with intent to distribute and to distribute controlled substances, including at least fifty

4 | grams of methamphetamine (actual), a Schedule II Controlled Substance; a mixture and substance

5 | containing a detectable amount of cocaine, a Schedule II Controlled substance; marijuana, a Schedule I

6 | Controlled Substance; and codeine and promethazine medicinal syrup, a Schedule II Controlled

7 | Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

8 |        The Grand Jury further charges: T H A T

9 |                        TREVOR WHITE,

10 | defendant herein, committed this offense after he had been convicted of a felony drug offense that had

11 | become final, specifically, possession of a controlled substance for sale, to wit, methamphetamine, in

12 | violation of California Health and Safety Code Section 11378, on or about June 2, 2015, in Yolo

13 | County, California.

14 |        The Grand Jury further charges: T H A T

15 |                     ISRAEL COVARRUBIAS,

16 | defendant herein, committed this offense after he had been convicted of a felony drug offense that had

17 | become final, specifically, possession of marijuana for sale, in violation of California Health and Safety

18 | Code Section 11359, on or about January 14, 2013, in Yolo County, California.

19 | COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

20 |        The Grand Jury further charges: T H A T

21 |                     VICTOR MAGANA,

22 | defendant herein, on or about March 7, 2017, in the County of Yolo, State and Eastern District of

23 | California, did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual),

24 | a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

25 | / / /

26 | / / /

27 | / / /

28 | / / /

1  COUNT THREE: [21 U.S.C. § 841(a)(1) –Distribution of Methamphetamine]

2      The Grand Jury further charges: T H A T

3          VICTOR MAGANA and
        TREVOR WHITE,

4

5  defendants herein, on or about March 15, 2017, in the Counties of Yolo and Sacramento, State and

6  Eastern District of California, did knowingly and intentionally distribute at least fifty grams of

7  methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States

8  Code, Section 841(a)(1).

9      The Grand Jury further charges: T H A T

10          TREVOR WHITE,

11  defendant herein, committed this offense after he had been convicted of a felony drug offense that had

12  become final, specifically, possession of a controlled substance for sale, to wit, methamphetamine, in

13  violation of California Health and Safety Code Section 11378, on or about June 2, 2015, in Yolo

14  County, California.

15  COUNT FOUR: [21 U.S.C. § 841(a) –Distribution of Methamphetamine]

16      The Grand Jury further charges: T H A T

17          VICTOR MAGANA and
        JOSE MADRIGAL-VEGA,

18

19  defendants herein, on or about March 29, 2017, in the County of Yolo, State and Eastern District of

20  California, did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual),

21  a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

22  COUNT FIVE: [21 U.S.C. § 841(a)(1) –Distribution of Methamphetamine]

23      The Grand Jury further charges: T H A T

24          VICTOR MAGANA and
        JOSE MADRIGAL-VEGA,

25

26  defendants herein, on or about April 13, 2017, in the County of Yolo, State and Eastern District of

27  California, did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual),

28  a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

INDICTMENT

1  COUNT SIX: [21 U.S.C. § 841(a) (1)–Distribution of Methamphetamine]

2      The Grand Jury further charges: T H A T

3                    VICTOR MAGANA and,
                     JOSE MADRIGAL-VEGA,
4

5  defendants herein, on or about May 2, 2017, in the County of Yolo, State and Eastern District of

6  California, did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual),

7  a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

8  COUNT SEVEN: [21 U.S.C. § 841(a)(1) –Distribution of Methamphetamine]

9      The Grand Jury further charges: T H A T

10                   VICTOR MAGANA and
                     JOSE MADRIGAL-VEGA,
11

12 defendants herein, on or about May 24, 2017, in the County of Yolo, State and Eastern District of

13 California, did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual),

14 a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

15 COUNT EIGHT: [21 U.S.C. § 841(a)(1) –Distribution of Methamphetamine]

16     The Grand Jury further charges: T H A T

17                   VICTOR MAGANA and
                     JOSE MADRIGAL-VEGA,
18

19 defendants herein, on or about June 16, 2017, in the County of Yolo, State and Eastern District of

20 California, did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual),

21 a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

22 COUNT NINE: [21 U.S.C. § 841(a)(1) –Distribution of Cocaine]

23     The Grand Jury further charges: T H A T

24                   VICTOR MAGANA and
                     MILTON ESCOBEDO,
25

26 defendants herein, on or about June 16, 2017, in the County of Yolo, State and Eastern District of

27 California, did knowingly and intentionally distribute a mixture and substance containing a detectable

28 amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code,

INDICTMENT                                    4

1  Section 841(a)(1).

2  COUNT TEN: [21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug Trafficking
3                                          Offense]

4       The Grand Jury further charges: T H A T

5                                   VICTOR MAGANA and
                                    MILTON ESCOBEDO,
6

7  defendants herein, on or about June 16, 2017, at 6:35 p.m. (Session 795 intercepted over telephone

8  number (530) 383-3037), in the State and Eastern District of California, and elsewhere, did knowingly

9  and intentionally use a communication facility in committing, causing, and facilitating the commission

10  of the felony drug offenses charged in Counts One and Nine, in violation of Title 21, United States

11  Code, Section 843(b).

12  COUNT ELEVEN: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

13       The Grand Jury further charges: T H A T

14                                   VICTOR MAGANA,
                                    ISRAEL COVARRUBIAS, and
15                                   RAUL BARAJAS,

16  defendants herein, on or about July 3, 2017, in San Joaquin, Sacramento, and Yolo Counties, State and

17  Eastern District of California, did knowingly and intentionally possess with intent to distribute at least

18  fifty grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21,

19  United States Code, Section 841(a)(1).

20       The Grand Jury further charges: T H A T

21                                   ISRAEL COVARRUBIAS,

22  defendant herein, committed this offense after he had been convicted of a felony drug offense that had

23  become final, specifically, possession of marijuana for sale, in violation of California Health and Safety

24  Code Section 11359, on or about January 14, 2013, in Yolo County, California.

25  COUNT TWELVE: [21 U.S.C. § 841(a) –Distribution of Methamphetamine]

26       The Grand Jury further charges: T H A T

27                                   VICTOR MAGANA,

28  defendant herein, on or about July 3, 2017, in the County of Sacramento, State and Eastern District of

INDICTMENT                                          5

1    California, and elsewhere did knowingly and intentionally distribute at least fifty grams of

2    methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States

3    Code, Section 841(a)(1).

4    <u>COUNT THIRTEEN</u>: [21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug
                   Trafficking Offense]

5

6        The Grand Jury further charges: T H A T

7                 VICTOR MAGANA and
                ISRAEL COVARRUBIAS,

8

9    defendants herein, on or about July 3, 2017, at 8:12 p.m. (Session 2482 intercepted over telephone

10    number (530) 383-3037), in the State and Eastern District of California, and elsewhere, did knowingly

11    and intentionally use a communication facility in committing, causing, and facilitating the commission

12    of the felony conspiracy charged in Counts One and Eleven, in violation of Title 21, United States Code,

13    Section 843(b).

14    <u>COUNT FOURTEEN</u>: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]

15        The Grand Jury further charges: T H A T

16                 VICTOR MAGANA,

17    defendant herein, on or about July 26, 2017, in the County of Sacramento, State and Eastern District of

18    California, and elsewhere, did knowingly and intentionally distribute a mixture and substance containing

19    a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United

20    States Code, Section 841(a)(1).

21    <u>COUNT FIFTEEN</u>: [21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug
                Trafficking Offense]

22

23        The Grand Jury further charges: T H A T

24                 VICTOR MAGANA,

25    defendant herein, on or about July 26, 2017, at 6:45 p.m. (Session 4666 intercepted over telephone

26    number (530) 383-3037), in the State and Eastern District of California, and elsewhere, did knowingly

27    and intentionally use a communication facility in committing, causing, and facilitating the commission

28    of the felony drug offenses charged in Counts One and Fourteen, in violation of Title 21, United States

1  Code, Section 843(b).

2  FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

3      1.      Upon conviction of one or more of the offenses alleged in Counts One through Fifteen of

4  this Indictment, defendants VICTOR MAGANA, RAUL BARAJAS, ISRAEL COVARRUBIAS,

5  MILTON ESCOBEDO, JOSE MADRIGAL-VEGA, and TREVOR WHITE shall forfeit to the United

6  States pursuant to Title 21, United States Code, Section 853(a), the following property:

7      a.      All right, title, and interest in any and all property involved in violations of Title

8  21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendants

9  are convicted, and all property traceable to such property, including the following: all real or personal

10  property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of

11  such offenses; and all property used, or intended to be used, in any manner or part to commit or to

12  facilitate the commission of the offenses.

13      b.      A sum of money equal to the total amount of proceeds obtained as a result of the

14  offenses, or conspiracy to commit such offenses, for which defendants are convicted.

15      2.      If any property subject to forfeiture, as a result of the offenses alleged in One through

16  Fifteen of this Indictment, for which defendants are convicted:

17      a.      cannot be located upon the exercise of due diligence;

18      b.      has been transferred or sold to, or deposited with, a third party;

19      c.      has been placed beyond the jurisdiction of the Court;

20      d.      has been substantially diminished in value; or

21      e.      has been commingled with other property which cannot be divided without

22          difficulty;

23  it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek

24  ///

25  ///

26  ///

27  ///

28  ///

INDICTMENT

7

1  forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

2  A TRUE BILL.

3  **/s/ Signature on file w/AUSA**

4

5  FOREPERSON

6

7  McGREGOR W. SCOTT

8  United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

8

No. _____

2: 1 8 - CR - 0 0 0 9 (LN)

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*
VICTOR MAGANA,
RAUL BARAJAS,
ISRAEL COVARRUBIAS,
MILTON ESCOBEDO,
JOSE MADRIGAL-VEGA, and
TREVOR WHITE

## I N D I C T M E N T
**VIOLATION(S):**

21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances; 21 U.S.C. § 841(a)(1) –Distribution of  Methamphetamine (8 Counts); 21 U.S.C. § 841(a)(1) –Distribution of Cocaine (2 Counts); 21 U.S.C. § 841(a)(1) –Possession with Intent to Distribute of Methamphetamine; 21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug Trafficking Offense (3 Counts); 21 U.S.C. § 853(a) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* ____ 11 ____ *day*

*of* __ANUARY__ , A.D. 20 18

_____
*Clerk.*

*Bail, $* __ **NO BAIL** ~~WARRANT PENDING HEARING~~ — All 6 defendants

GPO 863 525

**United States v. MAGANA**
**Penalties for Indictment**

**Defendants**
**VICTOR MAGANA,**
**RAUL BARAJAS,**
**ISRAEL COVARRUBIAS,**
**MILTON ESCOBEDO,**
**JOSE MADRIGAL-VEGA,**
**TREVOR WHITE**

**COUNT 1:**         **VICTOR MAGANA, RAUL BARAJAS, ISRAEL COVARRUBIAS,**
                     **MILTON ESCOBEDO, JOSE MADRIGAL-VEGA, TREVOR**
                     **WHITE**

VIOLATION:           21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute Over 50 Grams of
                     Methamphetamine (actual) and Cocaine

PENALTIES:           Mandatory minimum of 10 years in prison and a maximum of up to life in
                     prison; or
                     Fine of up to $10,000,000; or both fine and imprisonment
                     Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**         **VICTOR MAGANA**

VIOLATION:           21 U.S.C. § 841(a)(1) - Distribution over 50 Grams of Methamphetamine
                     (actual)

PENALTIES:           Mandatory minimum of 10 years in prison and a maximum of up to life in
                     prison; or
                     Fine of up to $10,000,000; or both fine and imprisonment
                     Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3:**         **VICTOR MAGANA, TREVOR WHITE**

VIOLATION:           21 U.S.C. § 841(a)(1) - Distribution over 50 Grams of Methamphetamine
                     (actual)

PENALTIES:           Mandatory minimum of 10 years in prison and a maximum of up to life in
                     prison; or
                     Fine of up to $10,000,000; or both fine and imprisonment
                     Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4:**          **VICTOR MAGANA, JOSE MADRIGAL-VEGA**

VIOLATION:          21 U.S.C. § 841(a)(1) – Distribution of over 50 Grams of
                    Methamphetamine (actual)

PENALTIES:          Mandatory minimum of 10 years in prison and a maximum of up to life in
                    prison; or
                    Fine of up to $10,000,000; or both fine and imprisonment
                    Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 5:**          **VICTOR MAGANA, JOSE MADRIGAL-VEGA**

VIOLATION:          21 U.S.C. § 841(a)(1) – Distribution of over 50 Grams of
                    Methamphetamine (actual)

PENALTIES:          Mandatory minimum of 10 years in prison and a maximum of up to life in
                    prison; or
                    Fine of up to $10,000,000; or both fine and imprisonment
                    Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 6:**          **VICTOR MAGANA, JOSE MADRIGAL-VEGA**

VIOLATION:          21 U.S.C. § 841(a)(1) – Distribution of over 50 Grams of
                    Methamphetamine (actual)

PENALTIES:          Mandatory minimum of 10 years in prison and a maximum of up to life in
                    prison; or
                    Fine of up to $10,000,000; or both fine and imprisonment
                    Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 7:**          **VICTOR MAGANA, JOSE MADRIGAL-VEGA**

VIOLATION:          21 U.S.C. § 841(a)(1) – Distribution of over 50 Grams of
                    Methamphetamine (actual)

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 8:**  **VICTOR MAGANA, JOSE MADRIGAL-VEGA**

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of over 50 Grams of Methamphetamine (actual)

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 9:**  **VICTOR MAGANA, MILTON ESCOBEDO**

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of a mixture and substance containing cocaine

PENALTIES: Maximum of up to twenty years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 10:**  **VICTOR MAGANA, MILTON ESCOBEDO**

VIOLATION: 21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug Trafficking Offense

PENALTIES: Not more than 48 months; or
Not more than $100,000; or both fine and imprisonment
A one-term term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 11:**  **VICTOR MAGANA, RAUL BARAJAS, ISRAEL COVARRUBIAS**

VIOLATION:  21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute over 50 Grams of Methamphetamine (actual)

PENALTIES:  Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 12:**  **VICTOR MAGANA**

VIOLATION:  21 U.S.C. § 841(a)(1) –Distribution of over 50 Grams of Methamphetamine (actual)

PENALTIES:  Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 13:**  **VICTOR MAGANA, ISRAEL COVARRUBIAS**

VIOLATION:  21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug Trafficking Offense

PENALTIES:  Not more than 48 months; or
Not more than $100,000; or both fine and imprisonment
A one-term term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 14:**  **VICTOR MAGANA**

VIOLATION:  21 U.S.C. § 841(a)(1) – Distribution of a mixture and substance containing cocaine

PENALTIES:  Maximum of up to twenty years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 15:**          **VICTOR MAGANA**

VIOLATION:          21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug
                              Trafficking Offense

PENALTIES:          Not more than 48 months; or
                              Not more than $100,000; or both fine and imprisonment
                              A one-term term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:    ALL DEFENDANTS**

VIOLATION:          21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES:          As stated in the charging document