AO 442 (Rev. 11/11) Arrest Warrant

10484606

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

UNSEALED

FILED
FEB 14 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Raul Barajas | ) | Case No. 2:18-cr-00009-TLN-2 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

2018 JAN 12 AM 9 13

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Raul Barajas ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21:841A=CD.F CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE CONTROLLED SUBSTANCES

Date: 01/12/2018

*Issuing officer's signature*

City and state: Sacramento, CA

S. Washington
*Printed name and title*

### Return

This warrant was received on *(date)* 1/12/18 , and the person was arrested on *(date)* 02/14/2018
at *(city and state)* WOODLAND, CA .

Date: 02/14/2018

*Arresting officer's signature*

MATT ST. AMANT   OFFICER
*Printed name and title*