**FILED**
February 22, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                         Plaintiff, )
v. )
RAUL BARAJAS, )
                         Defendant. )

Case No. 2:18-CR-00009-TLN-2

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RAUL BARAJAS</u>, Case No. <u>2:18-CR-00009-TLN-2</u>, Charge <u>21 USC § 841A=CD.F</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __    Release on Personal Recognizance

     ✔    Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

          ✔    Unsecured Appearance Bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

          ✔    (Other)     <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 22, 2018</u>, at <u>3:15</u> pm.

By /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge