McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
OWEN ROTH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
MAR 0 8 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICTOR MAGANA,
RAUL BARAJAS,
ISRAEL COVARRUBIAS,
MILTON ESCOBEDO,
JOSE MADRIGAL-VEGA, and
TREVOR WHITE

Defendants.

CASE NO. 2:18-CR-0009 TLN

21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances; 21 U.S.C. § 841(a)(1) –Distribution of Methamphetamine (8 counts); 21 U.S.C. § 841(a)(1) –Distribution of Cocaine (2 counts); 21 U.S.C. § 841(a)(1) –Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a) – Possession with Intent to Distribute Cocaine; 21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug Trafficking Offense (3 counts); 18 U.S.C. § 924(c)(1) – Carrying and Possessing Firearm During and in Relation to Drug Trafficking Offense;
21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

<u>S U P E R S E D I N G   I N D I C T M E N T</u>

<u>COUNT ONE</u>: [21 U.S.C. §§ 841(a)(1), 846 – Conspiracy to Possess with the Intent to Distribute and to Distribute Controlled Substances]

The Grand Jury charges: T H A T

VICTOR MAGANA,
RAUL BARAJAS,
ISRAEL COVARRUBIAS,
MILTON ESCOBEDO,
JOSE MADRIGAL-VEGA, and
TREVOR WHITE,

SUPERSEDING INDICTMENT   1

defendants herein, beginning on a date unknown to the Grand Jury but no later than March 7, 2017, and continuing through a date unknown to the Grand Jury but no earlier than July 26, 2017, in the Counties of Yolo and Sacramento, State and Eastern District of California, and elsewhere, did knowingly and intentionally conspire and agree with each other and with persons known and unknown to the Grand Jury to possess with intent to distribute and to distribute controlled substances, including at least fifty grams of methamphetamine (actual), a Schedule II Controlled Substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled substance; marijuana, a Schedule I Controlled Substance; and codeine and promethazine medicinal syrup, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

The Grand Jury further charges: T H A T

TREVOR WHITE,

defendant herein, committed this offense after he had been convicted of a felony drug offense that had become final, specifically, possession of a controlled substance for sale, to wit, methamphetamine, in violation of California Health and Safety Code Section 11378, on or about June 2, 2015, in Yolo County, California.

The Grand Jury further charges: T H A T

ISRAEL COVARRUBIAS,

defendant herein, committed this offense after he had been convicted of a felony drug offense that had become final, specifically, possession of marijuana for sale, in violation of California Health and Safety Code Section 11359, on or about January 14, 2013, in Yolo County, California.

COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

VICTOR MAGANA,

defendant herein, on or about March 7, 2017, in the County of Yolo, State and Eastern District of California, did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

///

///

COUNT THREE: [21 U.S.C. § 841(a)(1) –Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

VICTOR MAGANA and
TREVOR WHITE,

defendants herein, on or about March 15, 2017, in the Counties of Yolo and Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges: T H A T

TREVOR WHITE,

defendant herein, committed this offense after he had been convicted of a felony drug offense that had become final, specifically, possession of a controlled substance for sale, to wit, methamphetamine, in violation of California Health and Safety Code Section 11378, on or about June 2, 2015, in Yolo County, California.

COUNT FOUR: [21 U.S.C. § 841(a) –Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

VICTOR MAGANA and
JOSE MADRIGAL-VEGA,

defendants herein, on or about March 29, 2017, in the County of Yolo, State and Eastern District of California, did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE: [21 U.S.C. § 841(a)(1) –Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

VICTOR MAGANA and
JOSE MADRIGAL-VEGA,

defendants herein, on or about April 13, 2017, in the County of Yolo, State and Eastern District of California, did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SIX: [21 U.S.C. § 841(a)(1)–Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

VICTOR MAGANA and,
JOSE MADRIGAL-VEGA,

defendants herein, on or about May 2, 2017, in the County of Yolo, State and Eastern District of California, did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SEVEN: [21 U.S.C. § 841(a)(1) –Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

VICTOR MAGANA and
JOSE MADRIGAL-VEGA,

defendants herein, on or about May 24, 2017, in the County of Yolo, State and Eastern District of California, did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT EIGHT: [21 U.S.C. § 841(a)(1) –Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

VICTOR MAGANA and
JOSE MADRIGAL-VEGA,

defendants herein, on or about June 16, 2017, in the County of Yolo, State and Eastern District of California, did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT NINE: [21 U.S.C. § 841(a)(1) –Distribution of Cocaine]

The Grand Jury further charges: T H A T

VICTOR MAGANA and
MILTON ESCOBEDO,

defendants herein, on or about June 16, 2017, in the County of Yolo, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code,

Section 841(a)(1).

COUNT TEN: [21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug Trafficking Offense]

The Grand Jury further charges: T H A T

          VICTOR MAGANA and
          MILTON ESCOBEDO,

defendants herein, on or about June 16, 2017, at 6:35 p.m. (Session 795 intercepted over telephone number (530) 383-3037), in the State and Eastern District of California, and elsewhere, did knowingly and intentionally use a communication facility in committing, causing, and facilitating the commission of the felony drug offenses charged in Counts One and Nine, in violation of Title 21, United States Code, Section 843(b).

COUNT ELEVEN: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

The Grand Jury further charges: T H A T

          VICTOR MAGANA,
          ISRAEL COVARRUBIAS, and
          RAUL BARAJAS,

defendants herein, on or about July 3, 2017, in San Joaquin, Sacramento, and Yolo Counties, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least fifty grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges: T H A T

          ISRAEL COVARRUBIAS,

defendant herein, committed this offense after he had been convicted of a felony drug offense that had become final, specifically, possession of marijuana for sale, in violation of California Health and Safety Code Section 11359, on or about January 14, 2013, in Yolo County, California.

COUNT TWELVE: [21 U.S.C. § 841(a) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

          VICTOR MAGANA,

defendant herein, on or about July 3, 2017, in the County of Sacramento, State and Eastern District of

California, and elsewhere did knowingly and intentionally distribute at least fifty grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THIRTEEN: [21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug Trafficking Offense]

The Grand Jury further charges: T H A T

VICTOR MAGANA and
ISRAEL COVARRUBIAS,

defendants herein, on or about July 3, 2017, at 8:12 p.m. (Session 2482 intercepted over telephone number (530) 383-3037), in the State and Eastern District of California, and elsewhere, did knowingly and intentionally use a communication facility in committing, causing, and facilitating the commission of the felony conspiracy charged in Counts One and Eleven, in violation of Title 21, United States Code, Section 843(b).

COUNT FOURTEEN: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]

The Grand Jury further charges: T H A T

VICTOR MAGANA,

defendant herein, on or about July 26, 2017, in the County of Sacramento, State and Eastern District of California, and elsewhere, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIFTEEN: [21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug Trafficking Offense]

The Grand Jury further charges: T H A T

VICTOR MAGANA,

defendant herein, on or about July 26, 2017, at 6:45 p.m. (Session 4666 intercepted over telephone number (530) 383-3037), in the State and Eastern District of California, and elsewhere, did knowingly and intentionally use a communication facility in committing, causing, and facilitating the commission of the felony drug offenses charged in Counts One and Fourteen, in violation of Title 21, United States

Code, Section 843(b).

COUNT SIXTEEN: [21 U.S.C. § 841(a) – Possession with Intent to Distribute Cocaine]

The Grand Jury further charges: T H A T

ISRAEL COVARRUBIAS,

defendant herein, on or about February 14, 2018, in the County of Yolo, State and Eastern District of California, and elsewhere, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SEVENTEEN: [18 U.S.C. § 924(c)(1) – Possessing and Carrying a Firearm During and in Furtherance of a Drug Trafficking Crime]

The Grand Jury further charges: T H A T

ISRAEL COVARRUBIAS,

defendant herein, on or about February 14, 2018, in the County of Yolo, State and Eastern District of California, did knowingly possess a firearm, specifically, a Glock 17 firearm with serial number BGRD216, during and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, specifically, possession with intent to distribute a mixture and substance containing a detectable amount of cocaine in violation of Title 21, United States Code, Section 841(a), as charged in Count Sixteen of this Superseding Indictment, all in violation of Title 18, United States Code, Section 924(c)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Sixteen of this Superseding Indictment, defendants VICTOR MAGANA, RAUL BARAJAS, ISRAEL COVARRUBIAS, MILTON ESCOBEDO, JOSE MADRIGAL-VEGA, and TREVOR WHITE shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

   a. All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendants

SUPERSEDING INDICTMENT 7

are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

  b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

  2. Upon conviction of the offense alleged in Count Seventeen of this Superseding Indictment, defendant ISRAEL COVARRUBIAS shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

  3. If any property subject to forfeiture, as a result of the offense alleged in Counts One through Seventeen of this Superseding Indictment, for which defendants are convicted:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

_____
FOREPERSON

*[signature]*

McGREGOR W. SCOTT
United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.
VICTOR MAGANA,
RAUL BARAJAS,
ISRAEL COVARRUBIAS,
MILTON ESCOBEDO,
JOSE MADRIGAL-VEGA, and
TREVOR WHITE

## S U P E R S E D I N G I N D I C T M E N T

**VIOLATION(S):**
21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances;
21 U.S.C. § 841(a)(1) –Distribution of Methamphetamine (8 Counts);
21 U.S.C. § 841(a)(1) –Distribution of Cocaine(2 counts);
21 U.S.C. § 841(a)(1) –Possession with Intent to Distribute of Methamphetamine;
21 U.S.C. § 841(a) – Possession with Intent to Distribute Cocaine;
21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug Trafficking Offense (3 counts);
18 U.S.C. § 924(c)(1) – Carrying and Possessing Firearm During and in Relation to Drug Trafficking Offense;
21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*   **/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* ___8___ *day*   **NO PROCESS NECESSARY**
*of* __March__, A.D. 20_18_   as to all As

_____
*Clerk.*

*Bail, $* _____

<h1>United States v. MAGANA</h1>
Penalties for Indictment

**Defendants**
VICTOR MAGANA,
RAUL BARAJAS,
ISRAEL COVARRUBIAS,
MILTON ESCOBEDO,
JOSE MADRIGAL-VEGA,
TREVOR WHITE

| | |
|---|---|
| **COUNT 1:** | **VICTOR MAGANA, RAUL BARAJAS, ISRAEL COVARRUBIAS, MILTON ESCOBEDO, JOSE MADRIGAL-VEGA, TREVOR WHITE** |
| VIOLATION: | 21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute Over 50 Grams of Methamphetamine (actual) and Cocaine |
| PENALTIES: | Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or Fine of up to $10,000,000; or both fine and imprisonment Supervised release of at least 5 years up to life |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 2:** | **VICTOR MAGANA** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) - Distribution over 50 Grams of Methamphetamine (actual) |
| PENALTIES: | Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or Fine of up to $10,000,000; or both fine and imprisonment Supervised release of at least 5 years up to life |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 3:** | **VICTOR MAGANA, TREVOR WHITE** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) - Distribution over 50 Grams of Methamphetamine (actual) |
| PENALTIES: | Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or Fine of up to $10,000,000; or both fine and imprisonment Supervised release of at least 5 years up to life |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 4:** | **VICTOR MAGANA, JOSE MADRIGAL-VEGA** |

| | |
|---|---|
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of over 50 Grams of Methamphetamine (actual) |
| PENALTIES: | Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years up to life |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 5:** | **VICTOR MAGANA, JOSE MADRIGAL-VEGA** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of over 50 Grams of Methamphetamine (actual) |
| PENALTIES: | Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years up to life |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 6:** | **VICTOR MAGANA, JOSE MADRIGAL-VEGA** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of over 50 Grams of Methamphetamine (actual) |
| PENALTIES: | Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years up to life |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 7:** | **VICTOR MAGANA, JOSE MADRIGAL-VEGA** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of over 50 Grams of Methamphetamine (actual) |
| PENALTIES: | Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years up to life |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 8:**           VICTOR MAGANA, JOSE MADRIGAL-VEGA

VIOLATION:      21 U.S.C. § 841(a)(1) – Distribution of over 50 Grams of Methamphetamine (actual)

PENALTIES:      Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 9:**   VICTOR MAGANA, MILTON ESCOBEDO

VIOLATION:      21 U.S.C. § 841(a)(1) – Distribution of a mixture and substance containing cocaine

PENALTIES:      Maximum of up to twenty years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 10:**          VICTOR MAGANA, MILTON ESCOBEDO

VIOLATION:      21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug Trafficking Offense

PENALTIES:      Not more than 48 months; or
Not more than $100,000; or both fine and imprisonment
A one-term term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 11:**          VICTOR MAGANA, RAUL BARAJAS, ISRAEL COVARRUBIAS

VIOLATION:      21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute over 50 Grams of Methamphetamine (actual)

PENALTIES:      Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 12:** **VICTOR MAGANA**

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of over 50 Grams of Methamphetamine (actual)

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 13:** **VICTOR MAGANA, ISRAEL COVARRUBIAS**

VIOLATION: 21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug Trafficking Offense

PENALTIES: Not more than 48 months; or
Not more than $100,000; or both fine and imprisonment
A one-term term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 14:** **VICTOR MAGANA**

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of a mixture and substance containing cocaine

PENALTIES: Maximum of up to twenty years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 15:** **VICTOR MAGANA**

VIOLATION: 21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug Trafficking Offense

PENALTIES: Not more than 48 months; or
Not more than $100,000; or both fine and imprisonment
A one-term term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 16:** **ISRAEL COVARRUBIAS**

VIOLATION: 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine

PENALTIES: Maximum of up to twenty years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 17:** **ISRAEL COVARRUBIAS**

VIOLATION: 18 U.S.C. § 924(c)(1) – Possession of firearms during and in furtherance of a drug trafficking crime

PENALTIES: Mandatory minimum of five years in prison, consecutive all other counts of conviction for this defendant; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to least five years

**FORFEITURE ALLEGATION:  ALL DEFENDANTS**

VIOLATION: 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES: As stated in the charging document