McGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS.  2:17-CR-196; 2:17-CR-219; 2:17-CR-222; 2:17-CR-234; 2:18-CR-009; 2:18-CR-010; 2:18-CR-034; 2:18-CR-035; 2:18-CR-036; 2:18-CR-038; 2:18-CR-044; 2:18-CR-054 |
|---|---|
| Plaintiff, | |
| v. | |
| JUSTIN JOHNSON et al., | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| Defendants. | |
| | DATE: July 16, 2018
COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. This stipulation concerns the twelve indicted cases noted in the caption, which all arise out of a common investigation. The twelve cases concern twenty-seven different defendants, who are each identified in connection with their respective counsel in the signature pages of this stipulation.

2. By previous order, each of the twelve matters was set for status conferences in July and August 2018. (Case number 2:18-cr-037 was recently dismissed because the defendant, Asencion Jimenez, has passed away.)

3. By this stipulation, the Government and counsel for the defendants now move to continue the status conferences to a series of new dates at 9:30 a.m., as follows:

    a) Case number 2:17-cr-196: continue from July 19, 2018 to November 15, 2018

    b) Case number 2:17-cr-219: continue from July 19, 2018 to November 15, 2018

1    c)    Case number 2:18-cr-036: continue from July 19, 2018 to November 15, 2018.
2    d)    Case number 2:18-cr-038: continue from July 19, 2018 to November 15, 2018.
3    e)    Case number 2:17-cr-222: continue from July 26, 2018, to November 29, 2018.
4    f)    Case number 2:18-cr-009: continue from July 26, 2018, to November 29, 2018
5    g)    Case number 2:18-cr-044: continue from August 2, 2018, to December 6, 2018.
6    h)    Case number 2:17-cr-234: continue from August 2, 2018, to December 6, 2018.
7    i)    Case number 2:18-cr-010: continue from August 16, 2018, to December 13, 2018.
8    j)    Case number 2:18-cr-034: continue from August 16, 2018, to December 13, 2018.
9    k)    Case number 2:18-cr-035: continue from August 16, 2018, to December 13, 2018.
10   l)    Case number 2:18-cr-054: continue from August 16, 2018, to December 13, 2018.

4.   The parties to each of the foregoing cases also move to exclude time between the current status conference dates and the proposed status-conference dates, as detailed in Paragraph 3, under Local Codes T2 and T4.

5.   The parties agree and stipulate, and request that the Court find the following:

a)   As of this stipulation, the Government has produced more than 400 pages of written discovery to the defendants as a group, as well as 45 DVDs containing audio and visual surveillance recordings. (Each defendant has also received a copy of his or her criminal history, if one exists, and a small amount of additional written discovery has been produced to a subset of defendants.) The Government has also prepared several thousand additional pages of discovery and is producing them to the discovery coordinator presently; it has obtained a protective order permitting disclosure of un-redacted copies of certain search warrants and court orders; it has identified additional audio and video discs that is presently producing; and it is continuing to review documents to produce.

b)   At this time, the Government understands that the previously appointed discovery-coordination attorney (the "DCA") will begin processing the discovery that the Government is producing (as noted in the foregoing paragraph) and making it available to defense counsel. In the meantime, it is available for inspection upon request.

c)   At this time, Counsel for the defendants desire additional time to review the

discovery that has been distributed and is now being distributed by the DCA. This review will enable counsel to begin reviewing the charges against their respective clients, conduct ancillary research, and consult with their respective clients on how to proceed in their cases.

  d) Counsel for the defendants believe that failure to grant the above-requested continuances would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuances.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) Further, given that the discovery in this case arises from a single investigation and is being produced to the twenty-six defendants in the noted twelve cases, the Court has previously designated the matter as "complex" for the purpose of providing an exclusion of time under Local Code T2. The parties submit that the foregoing stipulation provides a continued basis for such an exclusion.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time periods between the present status conferences and the proposed status conferences, noted in Paragraph 3 of this stipulation, inclusive, are deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because they result from continuances granted by the Court at the defendants' requests on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in speedy trials.

  i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time periods between the present status conferences and the proposed status conferences, noted in Paragraph 3 of this stipulation, inclusive, are deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (ii) because they result from continuances granted by the Court at defendants' requests on the basis of the Court's finding that the matters are sufficiently complex that it would be unreasonable to expect adequate

preparation absent the exclusions of time.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the periods within which trials must commence.

IT IS SO STIPULATED.

Dated:  July 16, 2018                                  McGREGOR W. SCOTT
                                                       United States Attorney


                                                       /s/ OWEN ROTH
                                                       OWEN ROTH
                                                       Assistant United States Attorney


**For continuance to November 15, 2018:**

Dated:  July 16, 2018                                  /s/ JEROME PRICE
                                                       JEROME PRICE
                                                       Counsel for Defendant Justin Johnson
                                                       Case No. 2:17-cr-196

Dated:  July 16, 2018                                  /s/ JESSICA GRAVES
                                                       JESSICA GRAVES
                                                       Counsel for Defendant Erica Umbay
                                                       Case No. 2:17-cr-219

Dated:  July 16, 2018                                  /s/ CHRISTOPHER R. COSCA
                                                       CHRISTOPHER R. COSCA
                                                       Counsel for Defendant Stephanie Lavan
                                                       Case No. 2:18-cr-036

Dated:  July 16, 2018                                  /s/ TONI LASHAY WHITE
                                                       TONI LASHAY WHITE
                                                       Counsel for Defendant Daisy Gonzalez
                                                       Case No. 2:18-cr-038

Dated:  July 16, 2018                                  /s/ MICHAEL CHASTAINE
                                                       MICHAEL CHASTAINE
                                                       Counsel for Def. Jose Heredia-Trinidad
                                                       Case No. 2:18-cr-038

**For continuance to November 29, 2018:**

Dated: July 16, 2018         /s/ SHARI RUSK
                             SHARI RUSK
                             Counsel for Defendant Aldo Arellano
                             Case No. 2:17-cr-222

Dated: July 16, 2018         /s/ KELLY BABINEAU
                             KELLY BABINEAU
                             Counsel for Defendant Rachel Felix
                             Case No. 2:17-cr-222

Dated: July 16, 2018         /s/ TASHA P. CHALFANT
                             TASHA P. CHALFANT
                             Counsel for Defendant Raul Barajas
                             Case No. 2:18-cr-009

Dated: July 16, 2018         /s/ ALIN CINTEAN
                             ALIN CINTEAN
                             Counsel for Def. Israel Covarrubias
                             Case No. 2:18-cr-009

Dated: July 16, 2018         /s/ MICHAEL E. HANSEN
                             MICHAEL E. HANSEN
                             Counsel for Defendant Milton Escobedo
                             Case No. 2:18-cr-009

Dated: July 16, 2018         /s/ CLEMENTE JIMENEZ
                             CLEMENTE JIMENEZ
                             Counsel for Def. Jose Madrigal-Vega
                             Case No. 2:18-cr-009

Dated: July 16, 2018         /s/ PHILIP COZENS
                             PHILIP COZENS
                             Counsel for Defendant Victor Magana
                             Case No. 2:18-cr-009

Dated: July 16, 2018         /s/ ROBERT M. WILSON
                             ROBERT M. WILSON
                             Counsel for Defendant Trevor White
                             Case No. 2:18-cr-009

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

5

**For continuance to December 6, 2018:**

Dated:  July 16, 2018             /s/ SHARI RUSK
                                  SHARI RUSK
                                  Counsel for Defendant Michael Do
                                  Case No. 2:18-cr-044

Dated:  July 16, 2018             /s/ STEPHEN B. PLESSER
                                  STEPHEN B. PLESSER
                                  Counsel for Defendant Patrick Botello
                                  Case No. 2:17-cr-234

Dated:  July 16, 2018             /s/ DAVID M. GARLAND
                                  DAVID M. GARLAND
                                  Counsel for Defendant Ashley Habash
                                  Case No. 2:17-cr-234

Dated:  July 16, 2018             /s/ J. TONEY
                                  J. TONEY
                                  Counsel for Defendant Brenda Miranda
                                  Case No. 2:17-cr-234

Dated:  July 16, 2018             /s/ DAVID D. FISCHER
                                  DAVID D. FISCHER
                                  Counsel for Def. Mercedez Silva-Sims
                                  Case No. 2:17-cr-234

Dated:  July 16, 2018             /s/ DINA L. SANTOS
                                  DINA L. SANTOS
                                  Counsel for Defendant Ricardo Villa
                                  Case No. 2:17-cr-234

Dated:  July 16, 2018             /s/ KYLE R. KNAPP
                                  KYLE R. KNAPP
                                  Counsel for Defendant Joshua Sims
                                  Case No. 2:17-cr-234

**For continuance to December 13, 2018:**

Dated:  July 16, 2018                           /s/ TODD D. LERAS
                                                TODD D. LERAS
                                                Counsel for Defendant Edgar Jimenez
                                                Case No. 2:18-cr-010

Dated:  July 16, 2018                           /s/ CLYDE BLACKMON
                                                CLYDE BLACKMON
                                                Counsel for Defendant James Masterson
                                                Case No. 2:18-cr-010

Dated:  July 16, 2018                           /s/ CANDICE L. FIELDS
                                                CANDICE L. FIELDS
                                                Counsel for Defendant Reggie Pajimola
                                                Case No. 2:18-cr-010

Dated:  July 16, 2018                           /s/ KYLE R. KNAPP
                                                KYLE R. KNAPP
                                                Counsel for Defendant Joshua Sims
                                                Case No. 2:18-cr-010

Dated:  July 16, 2018                           /s/ TIMOTHY E. WARRINER
                                                TIMOTHY E. WARRINER
                                                Counsel for Defendant John Lemus
                                                Case No. 2:18-cr-034

Dated:  July 16, 2018                           /s/ MICHAEL B. BIGELOW
                                                MICHAEL B. BIGELOW
                                                Counsel for Defendant Carlos Martinez
                                                Case No. 2:18-cr-035

Dated:  April 13, 2018                          /s/ RONALD PETERS
                                                RONALD PETERS
                                                Counsel for Def. Blas Gonzalez-Ramirez
                                                Case No. 2:18-cr-054

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of July, 2018.

_____
Troy L. Nunley
United States District Judge