1 McGREGOR W. SCOTT
United States Attorney
2 OWEN ROTH
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| | CASE NOS. |
|---|---|
| 11 IN RE PROTECTIVE ORDER FOR PRODUCTION OF SEALED DOCUMENTS 12 IN THE FOLLOWING INDICTED CASES: | |
| 13 UNITED STATES OF AMERICA, | 2:17-cr-196 TLN |
| 14             Plaintiff, | DESIGNATION OF COUNSEL |
| 15             v. | |
| 16 JUSTIN JOHNSON, | |
| 17             Defendant. | |
| 18 | |
| 19 UNITED STATES OF AMERICA, | 2:17-cr-219 TLN |
|             Plaintiff, | |
| 20             v. | |
| 21 ERICA UMBAY, | |
| 22 | |
| 23 DEFENDANTUNITED STATES OF AMERICA, | 2:17-cr-222 TLN |
| 24             Plaintiff, | |
| 25             v. | |
| 26 RACHEL FELIX AND ALDO ARRELLANO, | |
| 27 | |
| 28             Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-234 TLN, |
| Plaintiff, | |
| v. | |
| RICARDO VILLA,<br>PATRICK BOTELLO,<br>JOSHUA SIMS,<br>MERCEDEZ SILVA-SIMS,<br>ASHLEY HABASH,<br>BRENDA MIRANDA, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | 2:18-cr-09 TLN, |
| Plaintiff, | |
| v. | |
| VICTOR MAGANA,<br>RAUL BARAJAS,<br>ISRAEL COVARRUBIAS,<br>MILTON ESCOBEDO,<br>JOSE MADRIGAL-VEGA, and<br>TREVOR WHITE, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | 2:18-cr-10 TLN, |
| Plaintiff, | |
| v. | |
| JOSHUA SIMS,<br>JAMES MASTERSON,<br>EDGARD JIMENEZ, and<br>REGINALD PAJIMOLA, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | 2:18-cr-34 TLN, |
| Plaintiff, | |
| v. | |
| JOHN LEMUS | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-35 TLN, |
| Plaintiff, | |
| v. | |
| CARLOS MARTINEZ, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | 2:18-cr-36 TLN, |
| Plaintiff, | |
| v. | |
| STEFANIE LAVAN, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | 2:18-cr-37 TLN, |
| Plaintiff, | |
| v. | |
| ASENCION JIMENEZ, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | 2:18-cr-38 TLN, |
| Plaintiff, | |
| v. DASIY GONZALEZ AND JOSE TRINIDAD ROMERO HEREDIA, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | 2:18-cr-44 TLN, |
| Plaintiff, | |
| v. MICHAEL DO, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br>BLAS FELIPE GONZALEZ RMIEREZ,<br><br>                Defendant. | 2:18-cr-54 TLN |

Assistant United States Attorney Justin L. Lee is the new attorney of record for the plaintiff in the above–referenced case. Please remove Assistant United States Attorney Owen Roth as attorney of record and replace him with Assistant United States Attorney Justin L. Lee as lead attorney to be noticed.

Dated: July 19, 2018

                                       McGREGOR W. SCOTT
                                       United States Attorney

                              By:  /s/ OWEN ROTH
                                       OWEN ROTH
                                       Assistant United States Attorney