1 TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
2 5701 Lonetree Blvd., Suite 312
3 Rocklin, California 95765
Telephone: (916) 444-6100
4 Fax: (916) 930-6093
5 E-Mail: tashachalfant@gmail.com

6
Attorney for Defendant
7 RAUL BARAJAS

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-0009 TLN |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| RAUL BARAJAS, | |
| Defendant. | |

In February 2018, Mr. BARAJAS was released on conditions and has been supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Justin Lee and Pretrial Services Officer Darryl Walker, the defense requests and the government does not oppose, that Mr. BARAJAS's conditions of pretrial release be modified as follows.

DELETE the Electronic Monitoring condition (#15 of Special Conditions of Release).

All other conditions remain in full force and effect (please see the attached Amended Special Conditions of Release).

\\\\\
\\\\\

Respectfully submitted,

Dated: September 11, 2018        /s/Tasha Paris Chalfant
                                 TASHA PARIS CHALFANT
                                 Attorney for Defendant
                                 RAUL BARAJAS

Dated: September 11, 2018        /s/ Tasha Paris Chalfant for
                                 JUSTIN LEE
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: September 12, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE