MCGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00009-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| VICTOR MAGANA, RAUL BARAJAS, ISRAEL COVARRUBIAS, MILTON ESCOBEDO, AND JOSE MADRIGAL-VEGA, | DATE: March 28, 2019 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on March 28, 2019.

2. By this stipulation, defendants now move to continue the status conference until May 9, 2019, at 9:30 a.m., and to exclude time between March 28, 2019, and May 9, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

b) Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2019, to May 9, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 22, 2019         McGREGOR W. SCOTT
                               United States Attorney

                               /s/ JUSTIN L. LEE
                               JUSTIN L. LEE
                               Assistant United States Attorney

| | |
|---|---|
| Dated: March 22, 2019 | /s/ PHIL COZENS<br>PHIL COZENS<br>(as authorized on March 22, 2019)<br>Counsel for Defendant<br>Victor Magana |
| Dated: March 22, 2019 | /s/ TASHA CHALFANT<br>TASHA CHALFANT<br>(as authorized on March 20, 2019)<br>Counsel for Defendant<br>Raul Barajas |
| Dated: March 22, 2019 | /s/ ALIN CINTEAN<br>ALIN CINTEAN<br>(as authorized on March 20, 2019)<br>Counsel for Defendant<br>Israel Covarrubias |
| Dated: March 22, 2019 | /s/ MICHAEL HANSEN<br>MICHAEL HANSEN<br>(as authorized on March 20, 2019)<br>Counsel for Defendant<br>Milton Escobedo |
| Dated: March 22, 2019 | /s/ CLEMENTE JIMENEZ<br>CLEMENTE JIMENEZ<br>(as authorized on March 21, 2019)<br>Counsel for Defendant<br>Jose Madrigal-Vega |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of March, 2019.

Troy L. Nunley
United States District Judge