TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
RAUL BARAJAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RAUL BARAJAS,<br>ISRAEL COVARRUBIAS,<br>MILTON ESCOBEDO, and,<br>JOSE MADRIGAL-VEGA,<br><br>  Defendants. | No. 2:18-CR-0009 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney JUSTIN LEE, and the Defendant, RAUL BARAJAS, by and through his counsel of record TASHA CHALFANT, and ISRAEL COVARRUBIAS, by and through his counsel of record ALIN CINTEAN, and Defendant, MILTON ESCOBEDO, by and through his counsel of record MICHAEL HANSEN, and Defendant, JOSE MADRIGAL-VEGA, by and through his counsel of record CLEMENTE JIMENEZ, hereby stipulate and request that the Court make the following findings and Order as follows:

1.  By previous order, this matter was set for status conference on July 25, 2019.

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS HEARING
AND FOR EXCLUSION OF TIME

1

2. By this stipulation, the defendant now moves to continue the status conference until September 12, 2019, at 9:30 a.m., and to exclude time between July 25, 2019, and September 12, 2019, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes approximately 14,000 pages of investigative reports in electronic form and many audio and video recordings.  All of this discovery has been either produced directly to counsel or made available for inspection and copying.

b. Counsel for the defendant desires additional time to review the discovery, conduct research, consult with her client, conduct investigation, discuss potential resolution, and to otherwise prepare for trial in this matter.

c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 25, 2019, to September 12, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS HEARING

AND FOR EXCLUSION OF TIME

of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

       4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated: July 23, 2019      by:    /s/Tasha Chalfant for
                                   JUSTIN LEE
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

Dated: July 23, 2019      by:    /s/Tasha Chalfant
                                   TASHA CHALFANT
                                   Attorney for Defendant
                                   RAUL BARAJAS

Dated: July 23, 2019      by:    /s/Tasha Chalfant for
                                   ALIN CINTEAN
                                   Attorney for Defendant
                                   ISRAEL COVARRUBIAS

Dated: July 23, 2019      by:    /s/Tasha Chalfant for
                                   MICHAEL HANSEN
                                   Attorney for Defendant
                                   MILTON ESCOBEDO

Dated: July 23, 2019      by:    /s/Tasha Chalfant for
                                   CLEMENTE JIMENEZ
                                   Attorney for Defendant
                                   JOSE MADRIGAL-VEGA

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, July 25, 2019, to and including September 12, 2019, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set July 25, 2019, status conference shall be continued to September 12, 2019, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 23rd day of July, 2019.

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS HEARING
AND FOR EXCLUSION OF TIME