1   McGREGOR W. SCOTT
    United States Attorney
2   JUSTIN L. LEE
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700

5   Attorneys for Plaintiff
    United States of America
6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-00009-TLN

12                    Plaintiff,            STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL
13          v.                              ACT; FINDINGS AND ORDER

14   VICTOR MAGANA,                         DATE: September 12, 2019
     RAUL BARAJAS,                          TIME:  9:30 a.m.
15   ISRAEL COVARRUBIAS,                    COURT: Hon. Troy L. Nunley
     MILTON ESCOBEDO, AND
16   JOSE MADRIGAL-VEGA,

17                    Defendants.

18

19                            **STIPULATION**

20          1.     By previous order, this matter was set for status on September 12, 2019.

21          2.     By this stipulation, defendants now move to continue the status conference

22   until December 12, 2019, and to exclude time between September 12, 2019, and December

23   12, 2019, under Local Code T4.

24          3.     The parties agree and stipulate, and request that the Court find the

25   following:

26          a)     The government has represented that the discovery associated with

27   this case includes over 14,000 pages and several hours of recorded telephone

28   conversations.  All of this discovery has been produced directly to counsel.

STIPULATION REGARDING EXCLUDABLE TIME                1
PERIODS UNDER SPEEDY TRIAL ACT

b)      Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 12, 2019, to December 12, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  September 10, 2019                    MCGREGOR W. SCOTT
                                             United States Attorney


                                             /s/ JUSTIN L. LEE
                                             JUSTIN L. LEE
                                             Assistant United States Attorney

Dated:  September 10, 2019      /s/ PHIL COZENS
                                PHIL COZENS)
                                Counsel for Defendant
                                Victor Magana
Dated:  September 10, 2019      /s/ TASHA CHALFANT
                                TASHA CHALFANT
                                Counsel for Defendant
                                Raul Barajas
Dated:  September 10, 2019      /s/ ALIN CINTEAN
                                ALIN CINTEAN
                                Counsel for Defendant
                                Israel Covarrubias
Dated:  September 10, 2019      /s/ MICHAEL HANSEN
                                MICHAEL HANSEN
                                Counsel for Defendant
                                Milton Escobedo
Dated:  September 10, 2019      /s/ CLEMENTE JIMENEZ
                                CLEMENTE JIMENEZ
                                Counsel for Defendant
                                Jose Madrigal-Vega

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 10 day of September, 2019.


_____
THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE