1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 2:18-CR-00009-TLN
12 |                         Plaintiff,   | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER
13 |                    v.                |
14 | VICTOR MAGANA,                       | DATE: December 11, 2019
   | RAUL BARAJAS,                        | TIME: 9:30 a.m.
15 | ISRAEL COVARRUBIAS,                  | COURT: Hon. Troy L. Nunley
   | MILTON ESCOBEDO, AND
16 | JOSE MADRIGAL-VEGA,

17                         Defendants.

18

19                              **STIPULATION**

20       1.    By previous order, this matter was set for status on December 11, 2019.

21       2.    By this stipulation, defendants now move to continue the status conference

22 until January 30, 2020, at 9:30 a.m., and to exclude time between December 11, 2019, and

23 January 30, 2020, under Local Code T4.

24       3.    The parties agree and stipulate, and request that the Court find the

25 following:

26       a)    The government has represented that the discovery associated with

27 this case includes over 14,000 pages and several hours of recorded telephone

28 conversations. All of this discovery has been produced directly to counsel.

   b) Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2019, to January 30, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: December 5, 2019        McGREGOR W. SCOTT
                   United States Attorney

                   /s/ JUSTIN L. LEE
                   JUSTIN L. LEE
                   Assistant United States Attorney

| | |
|---|---|
| Dated: December 5, 2019 | /s/ PHIL COZENS<br>PHIL COZENS)<br>Counsel for Defendant<br>Victor Magana |
| Dated: December 5, 2019 | /s/ TASHA CHALFANT<br>TASHA CHALFANT<br>Counsel for Defendant<br>Raul Barajas |
| Dated: December 5, 2019 | /s/ ALIN CINTEAN<br>ALIN CINTEAN<br>Counsel for Defendant<br>Israel Covarrubias |
| Dated: December 5, 2019 | /s/ MICHAEL HANSEN<br>MICHAEL HANSEN<br>Counsel for Defendant<br>Milton Escobedo |
| Dated: December 5, 2019 | /s/ CLEMENTE JIMENEZ<br>CLEMENTE JIMENEZ<br>Counsel for Defendant<br>Jose Madrigal-Vega |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of December, 2019.

Troy L. Nunley
United States District Judge