TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone: (916) 444-6100
Fax: (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
RAUL BARAJAS

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RAUL BARAJAS,<br><br>　　　　　　　　　Defendant. | 2:18-CR-0009 TLN<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

　　　　In February 2018, Mr. BARAJAS was released on conditions and has been supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Justin Lee and Pretrial Services Officer Darryl Walker, the defense requests and the government does not oppose, that Mr. BARAJAS's conditions of pretrial release be modified as follows.

　　　　<u>DELETE</u> the Third Party Custody condition (#15 of the Amended Special Conditions of Release, Dkt. 81).

　　　　All other conditions remain in full force and effect.

\\\\\
\\\\\

Respectfully submitted,

Dated: February 25, 2020
/s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
RAUL BARAJAS

Dated: February 25, 2020
/s/ Tasha Paris Chalfant for
JUSTIN LEE
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: February 25, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE