1  TASHA PARIS CHALFANT, SBN 207055
   Attorney at Law
2  5701 Lonetree Blvd., Suite 312
3  Rocklin, California 95765
   Telephone:    (916) 444-6100
4  Fax:          (916) 930-6093
5  E-Mail:       tashachalfant@gmail.com

6  Attorney for Defendant
7  RAUL BARAJAS

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-0009 TLN |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| RAUL BARAJAS, | |
| Defendant. | |

In February 2018, Mr. BARAJAS was released on conditions and has been supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Justin Lee and Pretrial Services Officer Darryl Walker, the defense requests and the government does not oppose, that Mr. BARAJAS's conditions of pretrial release be modified as follows.

<u>DELETE</u> the Drug Testing condition (#10 of the Amended Special Conditions of Release, Dkt. 81).

All other conditions remain in full force and effect.

\\\\\

\\\\\

- 1 -

Respectfully submitted,

Dated: March 2, 2020

/s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
RAUL BARAJAS

Dated: March 2, 2020

/s/ Tasha Paris Chalfant for
JUSTIN LEE
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: March 3, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE