1  McGREGOR W. SCOTT
United States Attorney
2  JUSTIN L. LEE
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
United States of America
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:18-CR-00009-TLN

12                 Plaintiff,            STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL
13            v.                         ACT; FINDINGS AND ORDER

14  VICTOR MAGANA,                       DATE: August 27, 2020
    RAUL BARAJAS,                        TIME:  9:30 a.m.
15  ISRAEL COVARRUBIAS,                  COURT: Hon. Troy L. Nunley
    MILTON ESCOBEDO, AND
16  JOSE MADRIGAL-VEGA,

17                 Defendants.

18

19                              **STIPULATION**

20        1.      By previous order, this matter was set for status on August 27, 2020.

21        2.      By this stipulation, the defendants now move to continue the status

22  conference until October 22, 2020, at 9:30 a.m., and to exclude time between August 27,

23  2020, and October 22, 2020, under Local Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the

25  following:

26            a)      The government has represented that the discovery associated with

27  this case includes over 14,000 pages and several hours of recorded telephone

28  conversations.  All of this discovery has been produced directly to counsel.

b)    Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 27, 2020, to October 22, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 19, 2020                          MCGREGOR W. SCOTT
                                                 United States Attorney


                                                 /s/ JUSTIN L. LEE
                                                 JUSTIN L. LEE
                                                 Assistant United States Attorney

Dated:  August 19, 2020                          /s/ PHIL COZENS
                                                 PHIL COZENS
                                                 Counsel for Defendant
                                                 Victor Magana
Dated:  August 19, 2020                          /s/ TASHA CHALFANT
                                                 TASHA CHALFANT
                                                 Counsel for Defendant
                                                 Raul Barajas
Dated:  August 19, 2020                          /s/ ALIN CINTEAN
                                                 ALIN CINTEAN
                                                 Counsel for Defendant
                                                 Israel Covarrubias
Dated:  August 19, 2020                          /s/ MICHAEL HANSEN
                                                 MICHAEL HANSEN
                                                 Counsel for Defendant
                                                 Milton Escobedo
Dated:  August 19, 2020                          /s/ CLEMENTE JIMENEZ
                                                 CLEMENTE JIMENEZ
                                                 Counsel for Defendant
                                                 Jose Madrigal-Vega

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 19th day of August, 2020.


_____
Troy L. Nunley
United States District Judge