TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone: (916) 444-6000
Facsimile: (916) 930-6093
Email: tashachalfant@gmail.com

Attorney for Defendant
RAUL BARAJAS

# UNITED STATES OF DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAUL BARAJAS,<br><br>Defendant. | Case No.: 2:18-CR-0009 TLN<br><br>**STIPULATION AND ORDER RE: TEMPORARY RELEASE FROM CUSTODY TO ATTEND FUNERAL** |

Mr. Barajas, through his counsel of record, and Assistant United States Attorney Justin Lee hereby stipulate that this Court grant Mr. Barajas temporary release on Thursday, May 13, 2021 from 12:45 p.m. to 5:00 p.m. to attend a burial service at Monument Hill Memorial Park.

Mr. Barajas's former step-brother, Jose Hernandez Lopez, passed away on April 29, 2021 from a heart attack. He was only 27 years old. This is a person who was very close with Mr. Barajas through the years and he was shocked of Mr. Lopez's passing. There are numerous funeral related events over two days which include: family/friends viewing, mass, burial and celebration of life.

Mr. Barajas wants to attend the burial **only** which is on Thursday, May 13, 2021 from 2:00 p.m. to 3:30 p.m. at Monument Hill Memorial Park located at 35036 County Road 22, Woodland, California 95695.

- 1 -

Kristin Hansen, the defense investigator, confirmed with the funeral home the burial arrangements listed above. Ms. Hansen is able to meet Mr. Barajas in the Sacramento Main Jail lobby and return him to the same location. While on temporary release, Mr. Barajas will remain in the care, custody and control, and within eyesight of Ms. Hansen. The only exception to the "within eyesight" requirement is when Mr. Barajas is in the restroom.

Mr. Barajas will abide by all laws, and will not consume any alcohol or controlled substance, prescribed or not, during the period of his temporary release.

Mr. Barajas will not meet with any other people during his temporary release other than being with Ms. Hansen and in the presence of those at the burial.

All involved parties shall abide by the Center for Disease Control and Prevention's recommended COVID-19 precautions, including social distancing and the use of face masks.

The defense investigator will contact Pretrial Services and the United States Marshals immediately at the phone numbers provided to her by defense counsel should any issue arise during the release period.[1]

Mr. Barajas is requesting to be temporarily released from custody at the Sacramento Main Jail so that he can attend this burial for Jose Hernandez Lopez. Specifically, the request is that he be temporarily released on Thursday, May 13, 2021, at 12:45 p.m., to the custody of Investigator Kristin Hansen and return to the Sacramento County Main Jail no later than 5:00 p.m. He would travel from Sacramento Main Jail directly to the burial at Monument Hill Memorial Park and return to the jail.[2] There would be no other stops than as needed for the restroom and Mr. Barajas to change clothes to the appropriate funeral attire. Ms. Hansen has made arrangements with the family of Mr. Barajas to obtain clothing for him prior to the burial.

---

[1] Mr. Barajas is not a flight risk as he surrendered on November 13, 2020 after his change of plea hearing. His judgment and sentencing is scheduled on May 27, 2021.
[2] Per Investigator Kristin Hansen, it is 26.5 miles and 36 minutes one-way from the Sacramento Main Jail to the Monument Hill Memorial Park.

| | |
|---|---|
| 1 | It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Raul Barajas, through their attorneys, that Mr. Barajas may be temporarily released from custody as set forth below to attend the burial of Jose Hernandez Lopez, on Thursday, May 13, 2021, in the third-party custody of Investigator Kristin Hansen. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Raul Barajas, through their attorneys, that Mr. Barajas may be temporarily released from custody as set forth below to attend the burial of Jose Hernandez Lopez, on Thursday, May 13, 2021, in the third-party custody of Investigator Kristin Hansen.

The parties agree that the Court may order Mr. Barajas temporarily released at 12:45 p.m. on Thursday, 13, 2019, with instructions that he return to the jail by 5:00 p.m. the same day. The Court shall direct the United States Marshals Service to coordinate Mr. Barajas's release and surrender with the jail as they see fit, within the time frame permitted above. Mr. Barajas will sign the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing before May 13, 2021.

Respectfully submitted,

Date: May 11, 2021    /s/Tasha Paris Chalfant
                     TASHA PARIS CHALFANT
                     Attorney for Defendant
                     RAUL BARAJAS

Date: May 11, 2021    PHILLIP A. TALBERT
                     Acting United States Attorney

                     /s/Tasha Paris Chalfant for
                     JUSTIN LEE
                     Assistant United States Attorney

## O R D E R

Raul Barajas, is ordered temporarily released from custody at 12:45 p.m. on Thursday, May 13, 2021, to Investigator Kristin Hansen, and Raul Barajas is further ordered to surrender himself to the Sacramento Main Jail by 5:00 p.m. that day. The United States Marshals Service is directed to make necessary arrangements with Sacramento Main Jail for Mr. Barajas's release and surrender. Mr. Barajas is ordered to sign the attached

Notice to Defendant Being Released and file it with the Court before his release. All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

DATED: May 12, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE