PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00009-TLN |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN UNITED STATES'S NOTICE |
| v. | |
| RAUL BARAJAS, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the United States's Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the three-page motion pertaining to defendant Raul Barajas, and United States's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

DATED: March 22, 2022

Troy L. Nunley
United States District Judge