UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>RAUL BARAJAS,<br><br>            Defendant. | CASE NO.  2:18-CR-00009-TLN<br><br>ORDER GRANTING RULE 35 MOTION |

Upon consideration of the United States's motion pursuant to Rule 35 of the Federal Rules of Criminal Procedure filed on March 18, 2022, and for the reasons set forth in the United States's motion, the Court GRANTS the United States's Rule 35 motion. The Court's June 10, 2021 Judgment imposing a sentence of incarceration of 64 months shall be reduced by 12 months to a total term of 52 months incarceration.  All other aspects of the original judgment shall remain in full force and effect.

IT IS SO ORDERED.

**DATED:**  March 30, 2022

_____
Troy L. Nunley
United States District Judge